ACCEPTED
14-15-00439-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 12:02:04 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00439-CV
IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

8/4/2015 12:02:04 PM
CHRISTOPHER A. PRINE
Clerk

DENBURY ONSHORE, LLC,
*Appellant*,

V.

TEXCAL ENERGY SOUTH TEXAS, L.P., AND VENOCO, INC.,
*Appellees*.

*On Appeal from the 334th Judicial District Court, Harris County, Texas
Trial Court Cause No. 2014-17506*

## STATEMENT REGARDING MEDIATION

Appellant Denbury Onshore, LLC ("Denbury") hereby notifies the Court that the parties participated in mediation as required by the Court's June 11, 2015 Abatement Order and that the parties were unable to resolve this dispute. Denbury asks the Court to reinstate the appeal and issue a briefing schedule so that the appeal may proceed.

1

Respectfully submitted,


/s/ J. Albert Kroemer
J. Albert Kroemer
TBN 11728400
Cantey Hanger LLP
1999 Bryan Street, Suite 3300
Dallas, TX 75201
(214) 978-4167 office
(214) 978-4150 fax
akroemer@canteyhanger.com

**Of Counsel:**

Lionel M. Schooler
TBN 17803300
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200 office
(713) 502-0381 fax
lschooler@jw.com

Stephen L. Tatum
TBN 19674500
T. Derek Carson
TBN 24085240
Cantey Hanger LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2800 office
(817) 877-2807 fax
statum@canteyhanger.com
dcarson@canteyhanger.com

**COUNSEL FOR DENBURY
ONSHORE, LLC**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served via the Court's electronic-filing system and/or electronic mail on the following counsel of record on this 4th day of August, 2015.

Barrett H. Reasoner
Aundrea K. Gulley
Ayesha Najam
J. Benjamin Bireley
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
breasoner@gibbsbruns.com
agulley@gibbsbruns.com
anajam@gibbsbruns.com
bbireley@gibbsbruns.com

/s/ J. Albert Kroemer
J. Albert Kroemer